**MEMO ENDORSED**

# MICHELSTEIN & ASHMAN, PLLC
Attorneys At Law
485 Madison Avenue, 16th Floor
New York, New York 10022
—
Tel No. (212) 588-0880
Fax No. (332) 777-2756

February 10, 2022

Honorable Nelson Stephen Roman
United States District Court
300 Quarropas Street
White Plains, N.Y. 10604

           Re:  Hernandez v. Burlington Coat Factory of Texas, Inc.
             Docket No. 21CV1123(NSR)(AEK)

Your Honor:

   I represent plaintiff Maria Del Carmen Hernandez in the captioned matter. Edward Barbour, Esq. of Penino & Moynihan, LLP represents the defendant. I write on behalf of both parties to request adjournment of the post-discovery status conference scheduled for February 18, 2022 before Your Honor.

   On February 9, 2022, Magistrate Judge Andrew E. Krause granted the parties' joint application to extend discovery deadlines in this matter. Under the order issued on February 9, 2022 (docket item 29), the deadline for all discovery to be completed is July 15, 2022.

   The parties therefore respectfully request that the status conference scheduled for February 18, 2022 be rescheduled to a date after July 15, 2022.

                       Respectfully submitted,

                        S/

                      Eugene M. Bellin

EMB:b
cc: Edward Barbour, Esq. (by ECF)

Due to an extension of the discovery deadlines, the parties' request to adjourn the telephonic Status Conf. from Feb. 18, 2022 until July 28, 2022 at 3:00 pm is GRANTED. Dial-in instructions may be found on ECF at ECF No. 18. Clerk of Court is requested to terminate the motion (ECF No. 30).
Dated: Feb. 11, 2022

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/2022