**MEMO ENDORSED**

# MICHELSTEIN & ASHMAN, PLLC
Attorneys At Law
485 Madison Avenue, 16th Floor
New York, New York 10022

Tel No. (212) 588-0880
Fax No. (332) 777-2756

June 1, 2022

Honorable Nelson Stephen Roman
United States District Court
300 Quarropas Street
White Plains, N.Y. 10604

                Re: Hernandez v. Burlington Coat Factory of Texas, Inc.
                     Docket No. 21CV1123(NSR)(AEK)

Your Honor:

    I represent plaintiff Maria Del Carmen Hernandez in the captioned matter. Edward Barbour of Penino & Moynihan, LLP represents the defendant. I write on behalf of both parties to request adjournment of the post-discovery status conference scheduled for July 28, 2022 before Your Honor.

    On June 1, 2022, Magistrate Judge Andrew E. Krause granted the parties' joint application to extend discovery deadlines in this matter. Under the order issued on June 1, 2022 (docket item 37), the deadline for all discovery to be completed is October 28, 2022.

    The parties therefore respectfully request that the status conference scheduled for July 28, 2022 be rescheduled to a date October 28, 2022.

                            Respectfully submitted,

                            S/

                          Eugene M. Bellin

EMB:b
cc: Edward Barbour, Esq. (by ECF)

> In light of the discovery deadlines extension, the parties request to adjourn the telephonic Status Conf. from July 28, 2022 until Nov. 16, 2022 at 4:00 pm is GRANTED. Counsel are directed to this Court's Order at ECF No. 18 for dial-in instructions. The Clerk of Court is requested to terminate the motion at ECF No. 38.
> Dated: White Plains, NY
>        July 5, 2022    SO ORDERED:
>
>                             HON. NELSON S. ROMAN
>                             UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/5/2022