UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MARIA DEL CARMEN HERNANDEZ,

                Plaintiff,                   **ORDER**

     -against-                      21 Civ. 1123 (NSR) (AEK)

BURLINGTON COAT FACTORY OF
TEXAS INC.,

                Defendant.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

    At a conference held on August 11, 2022, the Court ordered the parties to "file a letter confirming the date for the plaintiff's deposition" by August 25, 2022.  Docket Sheet, Minute Entry dated 8/11/2022.  The parties have not yet done so.  Accordingly, the parties are hereby ordered to file their letter by no later than **September 2, 2022**.

Dated: August 29, 2022
       White Plains, New York

                                            SO ORDERED.

                                           _____
                                           ANDREW E. KRAUSE
                                           United States Magistrate Judge